IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dane Mozelle Weaver, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv644 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ingersoll-Rand Company, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 11, 2016 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 28, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED with prejudice for plaintiff's failure to comply with the Orders of the Court and failure to prosecute.  This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                                                                                                                           ___s/Susan J. Dlott_____
                                                                                                                                                          Judge Susan J. Dlott
                                                                                                                                                          United States District Court